IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01197-WDM-BNB

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

LOU VALLARIO,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 21, 2006.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge